| | |
|---|---|
| 1 | CROWELL & MORING LLP |
| 2 | Douglas W. Sullivan (CSB No. 088136, dsullivan@crowell.com)<br>M. Kay Martin (CSB No. 154697, mmartin@crowell.com) |
| 3 | 275 Battery Street, 23rd Floor<br>San Francisco, CA  94111 |
| 4 | Telephone: 415.986.2800<br>Facsimile: 415.986.2827 |
| 5 | CROWELL & MORING LLP |
| 6 | Kathleen Taylor Sooy (DC Bar No. 430781) (ksooy@crowell.com)<br>1001 Pennsylvania Avenue, NW |
| 7 | Washington, DC 20004<br>Telephone: (202) 624-2500 |
| 8 | Facsimile: (202) 628-5116 |
| 9 | Attorneys for Defendant GENERAL ELECTRIC COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER COLLINS, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAIER AMERICA TRADING, LLC and GENERAL ELECTRIC COMPANY,<br><br>Defendants. | Case No. C11-02911 EJD<br><br>**SUBSTITUTION OF ATTORNEY BY DEFENDANT GENERAL ELECTRIC COMPANY; [~~PROPOSED~~] ORDER**<br><br>Judge:      Honorable Edward J. Davila |

TO THE CLERK OF THE COURT AND TO ALL COUNSEL OF RECORD:

Defendant General Electric Company ("GE") hereby gives notice that it has substituted attorneys in this action as follows:

**NEW ATTORNEYS SUBSTITUTED IN TO THE ACTION**

CROWELL & MORING LLP
Douglas W. Sullivan (CSB No. 088136, dsullivan@crowell.com)
M. Kay Martin (CSB No. 154697, mmartin@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

1  CROWELL & MORING LLP
   Kathleen Taylor Sooy (pro hac vice) (ksooy@crowell.com)
2  1001 Pennsylvania Avenue, NW
   Washington, DC 20004
3  Telephone: (202) 624-2500
   Facsimile: (202) 628-5116
4

5  **ATTORNEYS SUBSTITUTED OUT OF THE ACTION**

6  SEDGWICK LLP
   Stephanie Sheridan (CSB No. 135910; stephanie.sheridan@sedgwicklaw.com)
7  Alison Williams (CSB No. 251689; allison.williams@sedgwicklaw.com)
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, CA 94105
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
10

11 General Electric Company consents to this substitution

12 Dated: August 11, 2011

                                    /s/ Hal N. Bogard
13                                  HAL N. BOGARD
                                    GENERAL ELECTRIC COMPANY
14

15
16 Crowell & Moring LLP consents to this substitution

17 Dated: August 11, 2011
                                    /s/ Douglas W. Sullivan
                                    DOUGLAS W. SULLIVAN
18

19
20 Sedgwick LLP consents to this substitution

21 Dated: August 11, 2011
                                    /s/ Stephanie Sheridan
22                                  STEPHANIE SHERIDAN

23

24       I, Douglas W. Sullivan, am the ECF User whose ID and password are being used to file

25 this Substitution. In compliance with General Order 45, section X.B., I hereby attest that

26 concurrence in the filing of the document has been obtained from each of the other signatories.

27                             By:   /s/ Douglas W. Sullivan
                                     DOUGLAS W. SULLIVAN
28

1  IT IS SO ORDERED . The substitution of counsel is granted.

2  Dated: August 12, 2011

3  _____
   EDWARD J. DAVILA
   UNITED STATES DISTRICT JUDGE

5  SFACTIVE-099000.0002314/902408086.1

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

SUBSTITUTION OF ATTORNEY BY DEFENDANT
GENERAL ELECTRIC COMPANY; [PROPOSED]
ORDER; CASE NO. C11-0291 EJD