**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot  (State Bar No. 264916)
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
Facsimile:  (925) 407-2700
E-Mails:  ltfisher@bursor.com
          swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com

*Attorneys for Plaintiff Christopher Collins*

[Additional counsel listed on signature page]

IT IS SO ORDERED
Judge Edward J. Davila
9/2/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| IN RE HAIER FREEZER CONSUMER LITIGATION | Case No. C11-02911 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AND RESPOND TO CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge: Honorable Edward J. Davila<br>Ctrm: 1, 5th Floor |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AND RESPOND TO CONSOLIDATED AMENDED COMPLAINT
C11-02911 EJD

Plaintiffs Christopher Collins and Robert A. Douglas ("Plaintiffs") and defendants Haier America Trading, LLC and General Electric Company ("Defendants") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiffs to file their consolidated amended complaint and to extend the time for Defendants to answer or otherwise respond to the consolidated complaint as follows:

WHEREAS, on August 17, 2011 the Court granted the parties' August 10, 2011 stipulated request to consolidate *Collins v. Haier America Trading, LLC et al.,* Case No. C11-02911 EJD (filed on June 14, 2011) and (2) *Douglas v. Haier America Trading, LLC et al.,* Case No. C11-02950 EJD (filed on June 15, 2011);

WHEREAS, the deadline for Plaintiffs to file a consolidated amended complaint is September, 1, 2011;

WHEREAS, the deadline for Defendants to answer or otherwise respond to the consolidated amended complaint is October 21, 2011;

WHEREAS, Plaintiffs' counsel has requested, and Defendants' counsel has agreed to an extension of time for the filing of the consolidated amended complaint;

WHEREAS, the Parties agree that Plaintiffs will file and serve a consolidated amended complaint by September 15, 2011, and that counsel for Defendants agree to accept service of the consolidated amended complaint;

WHEREAS, the Parties agree that Defendants will respond to the consolidated amended complaint by November 18, 2011;

WHEREAS, extending Plaintiffs' deadline to file the consolidated amended complaint will have no negative effect on the future scheduling in this case;

1. THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that Plaintiffs shall file and serve their consolidated amended class action complaint by September 15, 2011.

2. Defendants shall answer, move or otherwise respond to the consolidated amended class action complaint by November 18, 2011.

IT IS SO STIPULATED

Date:  August 30, 2011

**BURSOR & FISHER, P.A.**

_____/s/_____
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
2121 North California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 482-1515
Facsimile:  (925) 407-2700
E-Mails:  ltfisher@bursor.com
          swestcot@bursor.com

-and-

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:    scott@bursor.com

*Attorneys for Plaintiff Christopher Collins*

**FARUQI & FARUQI, LLP**

_____/s/_____
Vahn Alexander (State Bar No. 167373)
Christopher B. Hayes (State Bar No. 277000)
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone:  (310) 461-1426
Facsimile:   (310) 461-1427
E-Mails:  valexander@faruqilaw.com
          chayes@faruqilaw.com

-and -

**FARUQI & FARUQI, LLP**
Antonio Vozzolo
Adam Gonnelli
Christopher Marlborough

```
                    369 Lexington Avenue, 10th Floor
                    New York, NY 10017
                    Telephone: (212) 983-9330
                    Facsimile:  (212) 983-9331
                    E-Mails:  avozzolo@faruqilaw.com
                              agonnelli@faruqilaw.com
                              cmorlborough@faruqilaw.com
```

*Attorneys for Plaintiff Robert A. Douglas*

**TROUTMAN SANDERS, LLP**

           /s/
———————————————————————
Paul L. Gale (State Bar No. 65873)
Thomas H. Prouty (State Bar No. 238950)
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone:  (949) 622-2700
Facsimile:    (949) 622-2739
Emails:  paul.gale@troutmansanders.com
         thomas.prouty@troutmansanders.com

-and-

**TROUTMAN SANDERS, LLP**
Karen F. Lederer (admitted *pro hac vice*)
Charles P. Greenman (admitted *pro hac vice*)
Eric L. Unis (admitted *pro hac vice*)
405 Lexington Avenue
New York, NY 10174-0700
Telephone: (212) 704-6319
Facsimile:  (212) 704-5952
E-Mails:   karen.lederer@troutmansanders.com
           charles.greeman@troutmansanders.com
           eric.unis@troutmansanders.com

*Attorneys for Defendant Haier America Trading, LLC*

**CROWELL & MORING**

           /s/
———————————————————————
Douglas Sullivan (State Bar No. 88136)
M. Kay Martin (State Bar No. 154697)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile:  (415) 986-2827
Emails:  dsullivan@crowell.com
         mmartin@crowell.com

-and-

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AND RESPOND TO CONSOLIDATED AMENDED COMPLAINT
C11-02911 EJD

3

**CROWELL & MORING**
Kathleen Taylor Sooy (admitted *pro hac vice*)
1001 Pennsylvania Ave, N.W.
Washington, DC 20004
Telephone: (202) 624-2608
Facsimile:  (202) 628-5116
Email:   ksooy@crowell.com

*Attorneys for Defendant General Electric Company*

### ATTESTATION OF FILER

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this stipulation.

Dated: August 30, 2011                             Respectfully submitted,

                                                    /s/
                                              Sarah N. Westcot

# [PROPOSED] ORDER

IT IS HEREBY ORDERED as follows:

1. On or before September 15, 2011, Plaintiffs in *In re Haier Freezer Consumer Litigation* shall file a consolidated amended class action complaint.

2. Defendants shall answer, move or otherwise respond to the consolidated amended class action complaint on or before November 18, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 2, 2011



JUDGE EDWARD J. DAVILA
United States District Judge