*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" — Judge Edward J. Davila]*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot  (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mails:  ltfisher@bursor.com
          swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com

**FARUQI & FARUQI, LLP**
Vahn Alexander (State Bar No. 167373)
Christopher B. Hayes (State Bar No. 277000)
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone:  (310) 461-1426
Facsimile:   (310) 461-1427
E-Mails:  valexander@faruqilaw.com
          chayes@faruqilaw.com

*Co-Lead Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| IN RE HAIER FREEZER CONSUMER LITIGATION | Case No. C11-02911 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT GENERAL ELECTRIC COMPANY**<br><br>Judge: Honorable Edward J. Davila<br>Ctrm: 1, 5th Floor |

Plaintiffs Christopher Collins, Robert A. Douglas and Marco Grasso ("Plaintiffs") and defendant General Electric Company ("GE") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiffs to respond to the motion to dismiss filed by GE on November 18, 2011 as follows:

WHEREAS, on September 15, 2011, Plaintiffs filed and served the Consolidated Amended Class Action Complaint (Dkt. No. 40) in this action;

WHEREAS, on November 14, 2011, GE produced to Co-Lead Interim Class Counsel previously undisclosed correspondence with the United States Department of Energy ("DOE") concerning recent test results of the GE Model FCM7SU freezer, which led the DOE to conclude that the unit meets the applicable NAECA standard;

WHEREAS, on November 18, 2011, GE filed a Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (Dkt. No. 45), which is set for hearing on March 30, 2012;

WHEREAS, on November 29, 2011, Plaintiffs filed a Motion for Leave to File Second Consolidated Amended Complaint that removes GE as a defendant in this action;

WHEREAS, Plaintiffs will seek an expedited hearing on the Motion for Leave to File a Second Consolidated Amended Complaint requesting that it be heard and ruled upon well in advance of the March 30, 2012 hearing date for the Motion to Dissmiss;

WHEREAS, Plaintiffs' response to GE's motion to dismiss is currently due on December 2, 2011;

WHEREAS, Plaintiffs anticipate filing a notice of voluntary dismissal of the claims against GE promptly after their Motion for Leave to File Second Consolidated Amended Complaint amend is granted;

WHEREAS, GE's motion to dismiss will be rendered moot if the Court grants Plaintiffs' Motion for Leave to File Second Consolidated Amended Complaint; and

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT GENERAL ELECTRIC COMPANY
C11-02911 EJD

1

WHEREAS, to conserve the resources of the parties and the Court, the parties wish to postpone the briefing and hearing on GE's motion to dismiss until after the Court rules on Plaintiffs' Motion for Leave to File Second Consolidated Amended Complaint.

THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that

1. Further briefing on GE's motion to dismiss should be stayed pending a ruling on Plaintiffs filed a Motion for Leave to File a Second Consolidated Amended Complaint that removes GE as a defendant in this action.

2. If Plaintiffs' Motion for Leave to File Second Consolidated Amended Complaint is granted, Plaintiffs' will file a notice of voluntary dismissal of all claims against GE pursuant to Fed. R. Civ. P. 41(a)(1)(A) within seven days after entry of the order granting leave to amend.

3. If Plaintiffs' Motion for Leave to File Second Consolidated Amended Complaint is denied, the parties will meet and confer on an appropriate schedule to complete the briefing on GE's pending motion to dismiss, and will submit a proposed schedule for the court's consideration within seven days after entry of the order denying leave to amend.

IT IS SO STIPULATED

Date:   November 29, 2011   **BURSOR & FISHER, P.A.**

   /s/
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mails:  ltfisher@bursor.com
          swestcot@bursor.com

-and-

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT GENERAL ELECTRIC COMPANY
C11-02911 EJD

2

1  Email:  scott@bursor.com

2  **FARUQI & FARUQI, LLP**

3  _____/s/_____
   Vahn Alexander (State Bar No. 167373)
4  Christopher B. Hayes (State Bar No. 277000)
   1901 Avenue of the Stars, 2nd Floor
5  Los Angeles, CA 90067
   Telephone:  (310) 461-1426
6  Facsimile:   (310) 461-1427
   E-Mails:  valexander@faruqilaw.com
7             chayes@faruqilaw.com

8  -and -

9  **FARUQI & FARUQI, LLP**
   Antonio Vozzolo
10 Adam Gonnelli
   Christopher Marlborough
11 369 Lexington Avenue, 10th Floor
   New York, NY 10017
12 Telephone: (212) 983-9330
   Facsimile:  (212) 983-9331
13 E-Mails:  avozzolo@faruqilaw.com
             agonnelli@faruqilaw.com
14           cmorlborough@faruqilaw.com

15 *Co-Lead Interim Class Counsel*

16
   **CROWELL & MORING**
17
   _____/s/_____
18 Douglas Sullivan (State Bar No. 88136)
   M. Kay Martin (State Bar No. 154697)
19 275 Battery Street, 23rd Floor
   San Francisco, CA 94111
20 Telephone: (415) 986-2800
   Facsimile:  (415) 986-2827
21 Emails:  dsullivan@crowell.com
            mmartin@crowell.com
22
23 -and-

24 **CROWELL & MORING**
   Kathleen Taylor Sooy (admitted *pro hac vice*)
25 1001 Pennsylvania Ave, N.W.
   Washington, DC 20004
26 Telephone: (202) 624-2608
   Facsimile:  (202) 628-5116
27 Email:    ksooy@crowell.com

28 *Attorneys for Defendant General Electric Company*

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT GENERAL ELECTRIC COMPANY
C11-02911 EJD

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF FILER**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this stipulation.

Dated: November 29, 2011                    Respectfully submitted,

                                                                    /s/
                                                            L. Timothy Fisher

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT GENERAL ELECTRIC COMPANY
C11-02911 EJD

4

# [PROPOSED] ORDER

IT IS HEREBY ORDERED as follows:

1. Further briefing on GE's motion to dismiss [DE #45] is stayed pending a ruling on Plaintiffs filed a Motion for Leave to File a Second Consolidated Amended Complaint that removes GE as a defendant in this action.

2. If Plaintiffs' Motion for Leave to File Second Consolidated Amended Complaint is granted, Plaintiffs' shall file a notice of voluntary dismissal of all claims against GE pursuant to Fed. R. Civ. P. 41(a)(1)(A) within seven days after entry of the order granting leave to amend.

3. If Plaintiffs' Motion for Leave to File Second Consolidated Amended Complaint is denied, the parties will meet and confer on an appropriate schedule to complete the briefing on GE's pending motion to dismiss, and shall submit a proposed schedule for the court's consideration within seven days after entry of the order denying leave to amend.

Pursuant to Civil Local Rule 7-3, Defendants shall file oppositions or notices of non-opposition to Plaintiffs' Motion for Leave to File Second Consolidated Amended Complaint (Docket Item No. 51) no later than December 13, 2011.  Plaintiffs shall file a reply, if any, no later than December 20, 2011.

**IT IS SO ORDERED.**

DATED: November 30, 2011



JUDGE EDWARD J. DAVILA
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT GENERAL ELECTRIC COMPANY
C11-02911 EJD

5