*IT IS SO ORDERED AS MODIFIED*
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| IN RE HAIER FREEZER CONSUMER LITIGATION | Case No. C11-02911 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT HAIER AMERICA TRADING LLC**<br><br>Judge: Honorable Edward J. Davila<br>Ctrm: 1, 5th Floor |

Plaintiffs Christopher Collins, Robert A. Douglas and Marco Grasso ("Plaintiffs") and defendant Haier America Trading, LLC. ("HAT") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Plaintiffs to respond to the motion to dismiss filed by HAT (Dkt. No. 43) on November 18, 2011 as follows:

1. Further briefing on HAT's motion to dismiss (Dkt. No. 43) should be stayed pending a ruling on Plaintiffs' Motion for Leave to File a Second Consolidated Amended Complaint.

2. Plaintiffs will file their Motion for Leave to File a Second Consolidated Amended Complaint on November 29, 2011.

IT IS SO STIPULATED

Date: November 29, 2011      **BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　L. Timothy Fisher (State Bar No. 191626)
　　　　　　　　　　　　　　Sarah N. Westcot (State Bar No. 264916)
　　　　　　　　　　　　　　1990 North California Blvd., Suite 940
　　　　　　　　　　　　　　Walnut Creek, CA 94596
　　　　　　　　　　　　　　Telephone: (925) 300-4455
　　　　　　　　　　　　　　Facsimile:  (925) 407-2700
　　　　　　　　　　　　　　E-Mails:  ltfisher@bursor.com
　　　　　　　　　　　　　　　　　　　swestcot@bursor.com

| | |
|---|---|
| 1 | -and- |
| 2 | **BURSOR & FISHER, P.A.** |
| | Scott A. Bursor (State Bar No. 276006) |
| 3 | 369 Lexington Ave, 10th Floor |
| | New York, NY 10017 |
| 4 | Telephone: (212) 989-9113 |
| | Facsimile: (212) 989-9163 |
| 5 | Email:   scott@bursor.com |
| 6 | **FARUQI & FARUQI, LLP** |
| 7 | _____/s/_____ |
| | Vahn Alexander (State Bar No. 167373) |
| 8 | Christopher B. Hayes (State Bar No. 277000) |
| | 1901 Avenue of the Stars, 2nd Floor |
| 9 | Los Angeles, CA 90067 |
| | Telephone:  (310) 461-1426 |
| 10 | Facsimile:   (310) 461-1427 |
| | E-Mails:  valexander@faruqilaw.com |
| 11 |           chayes@faruqilaw.com |
| 12 | -and - |
| 13 | **FARUQI & FARUQI, LLP** |
| | Antonio Vozzolo |
| 14 | Adam Gonnelli |
| | Christopher Marlborough |
| 15 | 369 Lexington Avenue, 10th Floor |
| | New York, NY 10017 |
| 16 | Telephone: (212) 983-9330 |
| | Facsimile:  (212) 983-9331 |
| 17 | E-Mails:  avozzolo@faruqilaw.com |
| |           agonnelli@faruqilaw.com |
| 18 |           cmorlborough@faruqilaw.com |
| 19 | *Co-Lead Interim Class Counsel* |
| 20 | |
| | **TROUTMAN SANDERS, LLP** |
| 21 | |
| 22 | /s/ |
| | _____ |
| | Paul L. Gale (State Bar No. 65873) |
| 23 | Thomas H. Prouty (State Bar No. 238950) |
| | 5 Park Plaza, Suite 1400 |
| 24 | Irvine, CA 92614 |
| | Tel:    (949) 622-2700 |
| 25 | Fax:    (949) 622-2739 |
| | Emails:  paul.gale@troutmansanders.com |
| 26 |          thomas.prouty@troutmansanders.com |
| 27 | -and- |
| 28 | **TROUTMAN SANDERS, LLP** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT HAIER AMERICA TRADING LLC
C11-02911 EJD

1

Karen F. Lederer (admitted *pro hac vice*)
Charles P. Greenman (admitted *pro hac vice*)
Eric L. Unis (admitted *pro hac vice*)
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY 10174-0700
Tel:    (212) 704-6319
Fax:    (212) 704-5952
Emails:  karen.lederer@troutmansanders.com
         charles.greenman@troutmansanders.com
         eric.unis@troutmansanders.com

*Attorneys for Defendant Haier America Trading, L.L.C.*

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT HAIER AMERICA TRADING LLC
C11-02911 EJD

2

**ATTESTATION OF FILER**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this stipulation.

Dated: November 29, 2011                    Respectfully submitted,

                                        /s/
                                    L. Timothy Fisher

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT HAIER AMERICA TRADING LLC
C11-02911 EJD

3

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED as follows:

1. Further briefing on HAT's motion to dismiss (Dkt. No. 43) is stayed pending a ruling on Plaintiffs' Motion for Leave to File a Second Consolidated Amended Complaint. Pursuant to Civil Local Rule 7-3, Defendants shall file oppositions or notices of nonopposition to Plaintiffs' Motion for Leave to File Second Consolidated Amended Complaint (Docket Item No. 51) no later than December 13, 2011. Plaintiffs shall file a reply, if any, no later than December 20, 2011. **IT IS SO ORDERED.**

DATED: November 30, 2011



JUDGE EDWARD J. DAVILA
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS OF DEFENDANT HAIER AMERICA TRADING LLC
C11-02911 EJD

4