IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HAIER FREEZER CONSUMER LITIGATION<br><br>_____/ | CASE NO. 5:11-cv-02911 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the Joint Case Management Statement filed November 29, 2011 (see Docket Item No. 52), the court finds a Case Management Conference would be premature at this time. Accordingly, the Case Management Conference currently scheduled for December 9, 2011, is CONTINUED to **February 10, 2012, at 10:00 a.m.** The parties shall file an updated Joint Case Management Statement on or before **February 3, 2012.**

**IT IS SO ORDERED.**

Dated: December 5, 2011

EDWARD J. DAVILA
United States District Judge