**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HAIER CONSUMER FREEZER LITIGATION | CASE NO. 5:11-cv-02911 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

_____/

Having reviewed the Joint Case Management Statement filed February 3, 2012 (see Docket Item No. 60), the court finds a Case Management Conference would be premature at this time. Accordingly, the Case Management Conference currently scheduled for February 10, 2012, is CONTINUED to **March 30, 2012, at 10:00 a.m.** The parties shall file an updated Joint Case Management Statement on or before **March 23, 2012.**

**IT IS SO ORDERED.**

Dated: February 7, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-02911 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE