**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot  (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
         swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com

*Co-Lead Interim Class Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| IN RE HAIER FREEZER CONSUMER LITIGATION | Case No. C11-02911 EJD<br>Hon. Edward J. Davila<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION**<br><br>Ctrm: 1, 5th Floor |

STIPULATION AND [PROPOSED] ORDER TO STAY ACTION - C11-02911 EJD

1  WHEREAS, Plaintiffs and Defendant Haier America Trading, L.L.C. ("HAT"), by and through their counsel, agree to jointly request that the Court stay this action for good cause set forth below;

WHEREAS, Plaintiffs filed their Consolidated Amended Class Action Complaint on September 15, 2011;

WHEREAS, on November 18, 2011, HAT and Defendant General Electric Company ("GE") each filed a Motion to Dismiss the Consolidated Amended Class Action Complaint (the "Motions to Dismiss") (Dkt. Nos. 43 and 45);

WHEREAS, in lieu of responding to the Motions to Dismiss, Plaintiffs filed a Motion for Leave to File Second Consolidated Amended Complaint on November 29, 2011 ("Motion for Leave to Amend");

WHEREAS, Plaintiffs' Motion for Leave to Amend seeks to remove GE as a defendant in this action;

WHEREAS, on November 30, 2011, the Court stayed briefing on GE's Motion to Dismiss, effectively ordering this action stayed as to defendant GE pending a ruling on Plaintiffs' Motion for Leave to Amend (Dkt. No. 53);

WHEREAS, HAT filed an opposition to Plaintiffs' Motion for Leave to Amend on December 13, 2011, and Plaintiffs filed a reply brief on December 20, 2011, such that the Motion for Leave to Amend is fully briefed and pending a ruling from the Court;

WHEREAS, HAT filed an Administrative Motion to File Documents Under Seal on July 13, 2012 ("Administrative Motion") in connection with its intended filing of a Motion for an Order Pursuant to Fed. R. Civ. P. 23(d)(1)(E);

WHEREAS, Plaintiffs filed a Statement of Non-Opposition to HAT's Administrative Motion on July 17, 2012;

WHEREAS, counsel for Plaintiffs and HAT met in person on July 25, 2012 and engaged in settlement negotiations concerning this action;

WHEREAS, counsel for Plaintiffs and HAT believe that these discussions may be productive and reduce the need to expend this Court's resources on this matter going forward;

WHEREAS, Plaintiffs and HAT would like this Court to defer its decision on Plaintiffs' Motion for Leave to Amend and on HAT's Administrative Motion because of their ongoing settlement negotiations;

WHEREAS, Plaintiffs and HAT jointly request a stay of this action for 60 days to permit their continued and exclusive focus on settlement negotiations;

THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel that the parties request that the Court postpone its decision on Plaintiffs' Motion for Leave to Amend and on HAT's Administrative Motion, and that this action be stayed for 60 days from the date of the attached Proposed Order.

IT IS SO STIPULATED

Date:   July 26, 2012             **BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　／s/ L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
　　　　　swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:   scott@bursor.com

**FARUQI & FARUQI, LLP**

　　　　　　　　　　　　　　　　　　／s/ David E. Bower

David E. Bower (State Bar No. 119546)
Christopher B. Hayes (State Bar No. 277000)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90067
Telephone:  (424) 256-2884
Facsimile:   (424) 256-2885
E-Mail:  dbower@faruqilaw.com
　　　　　chayes@faruqilaw.com

*Co-Lead Interim Class Counsel*

**TROUTMAN SANDERS, LLP**

/s/ Thomas H. Prouty

Paul L. Gale (State Bar No. 065873)
Thomas H. Prouty (State Bar No. 238950)
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739
E-Mail: paul.gale@troutmansanders.com
thomas.prouty@troutmansanders.com

**TROUTMAN SANDERS LLP**
Karen F. Lederer (admitted *pro hac vice*)
Charles P. Greenman (admitted *pro hac vice*)
Eric L. Unis (admitted *pro hac vice*)
405 Lexington Avenue
New York, NY 10174-0700
Telephone: (212) 704-6319
Facsimile: (212) 704-5952
E-Mail: karen.lederer@troutmansanders.com
charles.greeman@troutmansanders.com
eric.unis@troutmansanders.com

*Attorneys for Defendant Haier America Trading, LLC*

**ATTESTATION OF FILER**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that plaintiffs and defendant Haier America Trading, LLC have concurred in the filing of this stipulation.

Dated: July 26, 2011     Respectfully submitted,

/s/
L. Timothy Fisher

**[PROPOSED] ORDER**

WHEREAS, Plaintiffs and Defendant Haier America Trading, L.L.C. have requested that the Court stay this action for 60 days from the date hereof to permit them to continue to explore settlement;

IT IS HEREBY ORDERED that:

1. This action is hereby stayed for 60 days from the date hereof

PURSUANT TO STIPULATION, IT IS SO ORDERED.

*In light of the stipulation, the motion for leave to file an amended complaint (Docket Item No. 51) is TERMINATED without prejudice to being renewed upon expiration of the stay.*

DATED: July 31, 2012

_____
JUDGE EDWARD J. DAVILA
United States District Judge