**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot  (State Bar No. 264916)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
             swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:  scott@bursor.com

*Co-Lead Interim Class Counsel*

[Additional counsel listed on signature page]

GRANTED
Judge Edward J. Davila
10/1/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HAIER FREEZER CONSUMER LITIGATION | Case No. C11-02911 EJD<br>Hon. Edward J. Davila<br><br><u>CLASS ACTION</u><br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY**<br><br>Ctrm: 1, 5th Floor |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant General Electric Company, by and through their respective counsel, stipulate as follows:

(1) Defendant General Electric Company is dismissed as a defendant in this action with prejudice.

(2) Plaintiffs and Defendant General Electric Company agree to bear their own costs and attorney's fees as to the claims asserted against Defendant General Electric Company.

(3) This dismissal will have no effect on the claims asserted against Haier America Trading, LLC.

**IT IS SO STIPULATED**.

Date:   October 1, 2012          **BURSOR & FISHER, P.A.**

*/s/ L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
         swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
Email:   scott@bursor.com

**FARUQI & FARUQI, LLP**

*/s/ David E. Bower*
David E. Bower

David E. Bower (State Bar No. 119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90067
Telephone:  (424) 256-2884
Facsimile:   (424) 256-2885
E-Mail:  dbower@faruqilaw.com

*Co-Lead Interim Class Counsel*

| | |
|---|---|
| 1 | Date:   October 1, 2012 |

                                  **CROWELL & MORING LLP**

                                      */s/ Douglas W. Sullivan*
                                         Douglas W. Sullivan

Douglas W. Sullivan (State Bar No. 088136)
M. Kay Martin (State Bar No. 154697)
Tracy E. Reichmuth (State Bar No. 215458)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile:  (415) 986-2827
E-Mail:   dsulivan@crowell.com
             mmartin@crowell.com
             treichmuth@crowell.com

**CROWELL & MORING LLP**
Kathleen Taylor Sooy (*pro hac vice*)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: ksooy@crowell.com

*Attorneys for Defendant General Electric Company*

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-1(i), the undersigned attests that all parties have concurred in the filing of this stipulation.

Dated: October 1, 2012                Respectfully submitted,


                                          */s/ L. Timothy Fisher*
                                          L. Timothy Fisher