**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot  (State Bar No. 264916)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700

**FARUQI & FARUQI, LLP**
David E. Bower (State Bar No. 119546)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Plaintiffs' Co-Lead Interim Class Counsel*

[Additional counsel listed on signature page]

**Filed**

OCT 2 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

|  |  |
|---|---|
| IN RE HAIER FREEZER CONSUMER LITIGATION | Case No. C11-02911 EJD<br><br>[~~PROPOSED~~] **FINAL JUDGMENT AND ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**<br><br>Date:  October 25, 2013<br>Time: 9:00 a.m.<br>Courtroom: 4 - 5th Floor |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pending before the Court is Plaintiffs' Motion for Final Approval of Class Action Settlement, and Certification of Nationwide Settlement Class, and Plaintiffs' Motion For Award Of Attorneys' Fees, Costs and Incentive Awards.

The Court, having reviewed the papers filed in support of the Motions, heard argument of counsel, and good cause appearing therein, Plaintiffs' Motions are hereby GRANTED and it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.    The parties have agreed to settle this consolidated Action and related actions upon the terms and conditions set forth in the Stipulation of Settlement (the "Stipulation of Settlement" or "Settlement Agreement"), which has been filed with the Court.

2.    The Court has carefully reviewed the Stipulation of Settlement, as well as the files, records, and proceedings to date in this matter.   The definitions in the Stipulation of Settlement are hereby incorporated as though fully set forth in this Order, and capitalized terms shall have the meanings attributed to them in the Stipulation of Settlement.

3.    This Court has jurisdiction over the subject matter of this action and over all Parties to the Action, including all Settlement Class Members.

4.    On May 21, 2013, this Court granted Preliminary Approval of the Settlement Agreement and preliminarily certified a Settlement Class of: all end-user persons in the United States who purchased one or more of the Haier model HNCM070E, 7.0 cubic foot compact chest freezers ("Freezers") manufactured on or after June 1, 2009.  The class encompasses all end-user purchasers of the Freezers, not just those persons who purchased one of the approximately 15% of units affected by the potential defect ("Affected Units").  Excluded from the Settlement Class are all persons who are employees, directors, officers, and agents of HAT or its subsidiaries and affiliated companies, as well as the undersigned and his staff.

5.    The Court now affirms certification of the Settlement Class and gives final approval to the settlement and finds that the Stipulation of Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class.

---

[PROPOSED] FINAL JUDGMENT AND ORDER GRANTING PLAINTIFFS MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT, AND FOR AWARD OF FEES, COSTS AND INCENTIVE AWARDS
C11-02911 EJD

1

6.      The complex legal and factual posture of this case, and the fact that the Settlement Agreement is the result of arm's length negotiations support the finding that the settlement is fair, adequate and reasonable.

7.      The Class Representatives and Class Counsel adequately represented the Settlement Class for purposes of entering into and implementing the Stipulation of Settlement.

8.      Accordingly, the Stipulation of Settlement is hereby finally approved in all respects, and the Parties are hereby directed to perform its terms.

9.      The Court-approved Notice Program to the Settlement Class, as set forth in the Preliminary Approval Order of May 21, 2013, was the best notice practicable under the circumstances and included direct mail and email notice; publication in two nationwide publications, U.S.A. Today and Good Housekeeping; and website publication. The Notice Program has been successfully implemented and satisfies the requirements of Fed. R. Civ. P. 23 and due process.

10.     The Court finds that, in accordance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Notice of the Settlement was sent to the United States Attorney General, the United States Department of Energy and the 56 State and Territorial Attorney Generals in which potential Class Members reside. The Court has reviewed the substance of the Notice of Settlement sent pursuant to CAFA, and finds that the parties have complied with all applicable requirements of CAFA.

11.     Subject to the terms and conditions of the Settlement Agreement, this Court hereby dismisses the action on the merits and with prejudice.

12.     Upon the Effective Date of this settlement, Plaintiffs and each and every Settlement Class Member, fully, finally, completely and forever, release, acquit and discharge each Released Person from any and all Released Claims.

13.     Upon the Effective Date, the above release of claims and the Settlement Agreement will be binding on, and have *res judicata* and preclusive effect in all pending and future lawsuits or other proceedings maintained by or on behalf of all Plaintiffs and all other Settlement Class

[PROPOSED] FINAL JUDGMENT AND ORDER GRANTING PLAINTIFFS MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND FOR AWARD OF FEES, COSTS AND INCENTIVE AWARDS C11-02911 EJD

2

Members, Releasing Parties, and their predecessors, successors, assigns, heirs or executors. All Settlement Class Members who have not been properly excluded from the Settlement Class are hereby permanently barred and enjoined from filing, commencing, prosecuting, intervening in, or participating (as class members or otherwise) in any lawsuit or other action in any jurisdiction based on or arising out of the Released Claims.

14.     The Court awards to Settlement Class Counsel $922,000.00 as attorney's fees and costs.

15.     The Court awards to the Class Representatives $6,000.00 as an Incentive Award for their roles in this case.

16.     Defendant shall pay the Fee Award and Incentive Awards pursuant to an in the manner provided by the terms of the Settlement Agreement.

17.     This Court hereby directs entry of this Final Judgment based upon the Court's finding that there is no just reason for delay of enforcement or appeal of this Final Judgment notwithstanding the Court's retention of jurisdiction to oversee the implementation and enforcement of the Settlement Agreement.

18.     This Final Judgment and order of dismissal with prejudice, the Settlement Agreement, the settlement that it reflects, and any and all acts, documents, or proceedings relating to the Settlement Agreement are not, and shall not be construed as, or used as an admission or concession by or against the Parties with respect to any fault, wrongdoing, or liability or of the validity of any claim or defense, or of the existence of amount of damages, or that the consideration to be given under the Settlement Agreement represents an amount equal to, less than or greater than the amount that could have or would have been recovered after trial.

19.     The Parties, without further approval from the Court, are hereby permitted to agree and to adopt such amendments, modifications, and expansions of the Settlement Agreement and its implementing documents (including all exhibits to the Settlement Agreement) so long as they are consistent in all material respects with the Final Judgment and do not limit the rights of the Settlement Class Members.

20.     Without affecting the finality of this Final Judgment in any way, this Court hereby retains continuing jurisdiction over, (a) implementation, enforcement, administration of the Settlement Agreement, including any releases in connection therewith; (b) resolution of any disputes concerning class membership or entitlement to benefits under the terms of the Settlement Agreement; and (c) all Parties hereto, for the purpose of enforcing and administering the Settlement Agreement and the Action until each and every act agreed to be performed by the Parties has been performed pursuant to the Settlement Agreement.

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: ___10/25/13___

_____
Edward J. Davila
United States District Court Judge

[PROPOSED] FINAL JUDGMENT AND ORDER GRANTING PLAINTIFFS MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND FOR AWARD OF FEES, COSTS AND INCENTIVE AWARDS
C11-02911 EJD

4